# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 13, 2022

Lyle W. Cayce
Clerk

No. 21-20210

Corwin R. Jackson,

*Plaintiff—Appellant*,

*versus*

Wood Group USA, Incorporated,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-409

Before King, Jones, and Duncan, *Circuit Judges*.

Per Curiam:*

Appellant Corwin R. Jackson appeals the grant of summary judgment to Wood Group USA, Inc., on his civil rights claims. For the reasons set forth in the district court's opinion, we AFFIRM the judgment. Appellee Wood Group USA, Inc.'s Motion for Attorneys' Fees and Costs is DENIED. Appellant's Motion to Abate is DISMISSED as moot.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.